[No. 33704-5-II. Division Two. November 14, 2007.]

*In the Matter of the Personal Restraint of* ROBERT CHARLES BONDS, JR., *Petitioner.*

Petition for relief from personal restraint. *Granted* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Van Deren, A.C.J.; Penoyar, J., dissenting.

[No. 34239-1-II. Division Two. November 14, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. LUCAS ROBERT RASMUSSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 05-1-01244-4, Stephen M. Warning, J., entered December 22, 2005. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Houghton, C.J., and Armstrong, J.

[Nos. 35326-1-II; 35840-9-II; Division Two. November 14, 2007.] 36438-7-II.

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK BOYD DRUM, *Appellant*.

*In the Matter of the Personal Restraint of* PATRICK BOYD DRUM, *Petitioner.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 05-1-00007-2, Sally F. Olsen, J., entered August 18, 2006, together with petitions for relief from personal restraint. Judgment *affirmed* and petitions *denied* by unpublished opinion per Hunt, J., concurred in by Armstrong and Quinn-Brintnall, JJ.